**Frank M. WEBER, Appellant, v. E. A.
WELLS et al., Appellees.**

No. 10726.

Circuit Court of Appeals, Ninth Circuit.

July 10, 1944.

Mathew Weber, of San Francisco, Cal., for appellant.

Royal E. Handlos, of San Francisco, Cal., for appellees.

Before GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellees to dismiss appeal herein, and good cause therefor appearing, it is ordered that the motion to dismiss be and hereby is granted, and that the appeal herein be dismissed, that a judgment be filed and entered accordingly and the mandate of this court issue as provided in Rule 28.